UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MELISSA SUE STREETMAN                                                         PLAINTIFF

v.                               No. 2:20-CV-02136

CITY OF FORT SMITH, et al.                                                   DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 13th day of October, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE